IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:21-cv-03347-CNS-MEH

WILLIAM WILSON,

 Plaintiff,

v.

JORDAN BUESCHER, U.S. Probation Officer, and
EDGAR RUIZ, U.S. Probation Supervisor,

 Defendants.

---

**ORDER**

---

Before the Court is the Report and Recommendation by Magistrate Judge Hegarty issued on October 12, 2022, recommending that Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) be granted. (ECF Nos. 56, 66). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b); (ECF No. 67). Neither party has filed an objection to Magistrate Judge Hegarty's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's

1

[recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).  A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate."  *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Hegarty's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record.  Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Hegarty's Recommendation as an Order of this Court.  (ECF No. 66).  Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) is GRANTED.  (ECF No. 56).

DATED this 16th day of November 2022.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge